LOUISVILLE LUMBER COMPANY, Respondent, *v.* CLARE-
MONT E. SMITH et al., Appellants.

*Louisville Lumber Co.* v. *Smith,* 157 App. Div. 884, affirmed.
(Argued December 9, 1915; decided January 4, 1916.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,
entered June 6, 1913, affirming a judgment in favor of
plaintiff entered upon a verdict directed by the court.
The complaint alleged that the plaintiff and defendants
were members of the National Hardwood Lumber Asso-
ciation, having rules for the measurement and inspection
of lumber by which the members of the association agreed
to abide in their dealings; that a carload of lumber was
sold and delivered by plaintiff to defendants of the value,
less freight, of $636.49; that after such delivery the
defendants ordered a reinspection pursuant to the rules
of the said association, which inspection showed a reduc-
tion in money value of less than four per cent, whereby
the original inspection was sustained, and the defendants
became liable for the expenses of the reinspection and
for payment of the car of lumber. The answer denies
material portions of the complaint, and as a defense and
counterclaim alleges that the defendants purchased a car-
load of lumber of plaintiff from a particular stock, but
that the lumber delivered was not the lumber so pur-
chased; that defendants paid the freight and other
expenses and were entitled to recover for storage, in an
amount aggregating $166.06.

*Archibald Howard* for appellants.

*Thomas B. Merchant* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
COLLIN, HOGAN, SEABURY and POUND, JJ.